IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01857-KMT | Date: | January 5, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                          *Counsel:*

COLORADO HOSPITALITY SERVICES, INC., D/B/A          Marie Drake
DAYS INN ENGLEWOOD,                                                        Angela Schmitz

    Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio                      Mark Honhart
company,

    Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:34 p.m.       Court in session.**

Court calls case. Appearances of counsel.

Also present, Christopher Hoag, representative for Defendant Owners Insurance Company.

Discussion regarding proposed protective order and Plaintiff's requests for production 9, 10, 13, 14, and 15 in dispute.

Defendant's witness, Christopher Hoag, sworn.

1:44 p.m.       Direct examination by Mr. Honhart.
Defendant's Exhibits 1 and 2 are admitted for purposes of this hearing.

2:05 p.m.       Cross examination by Ms. Drake.
2:17 p.m.       Redirect examination by Mr. Honhart.
2:21 p.m.       Recross examination by Ms. Drake.

Discussion and argument regarding Defendant's concerns with sharing materials even though the materials would be subject to a protective order, potential restriction on sharing materials, financial incentives pertaining to claim handling, and relevancy of documents with respect to Plaintiff's bad faith claim.

**ORDERED:** **Plaintiff is directed to provide a copy of its proposed protective order, in editable format, to tafoya_chambers@cod.uscourts.gov, on or before January 6, 2015. The Protective Order will be issued by the court forthwith, with modifications, as stated on record.**

**ORDERED:** **Defendant's Motion for Entry of Protective Order [28] is GRANTED IN PART AND DENIED IN PART. Defendant will produce documents as agreed subject to the Protective Order on or before January 26, 2015.**

**The motion is denied in part as to request for production 10. Defendant is directed to produce documents responsive to Plaintiff's requests for production 10, as discussed and limited by the Court, on or before January 26, 2015.**

**The motion is granted as to requests 9, 13, 14, and 15; Defendant's objections are sustained and no production required.**

**3:10 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    01:36

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.