IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No. 14–cv–01857–KMT

COLORADO HOSPITALITY SERVICES, INC., D/B/A DAYS INN ENGLEWOOD,

  Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio company,

  Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

   IT IS STIPULATED AND ORDERED that at the conclusion of the trial counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

   DATED at Denver, Colorado this ____ day of October, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge


_____          _____
Attorney for Plaintiff                                    Attorney for Defendant