IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01857–KMT

COLORADO HOSPITALITY SERVICES, INC., D/B/A DAYS INN ENGLEWOOD,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio company,

    Defendant.

---

## FINAL JUDGMENT

---

    This matter was tried on October 19, 2015 through October 23, 2015, before a duly sworn jury of eight, Magistrate Judge Kathleen M. Tafoya presiding. The trial proceeded to conclusion and the jury rendered its Verdict Form as follows:

    Owners did not fail to pay the Plaintiff amounts owed to it under its insurance policy for damage to its property caused by a hail storm that occurred on or about June 6,2012.

    ACCORDINGLY, IT IS ORDERED that, pursuant to Fed. R. Civ. P. 58(a), final judgment is hereby entered in favor of Defendant, Owners Insurance Company, an Ohio company, and against Plaintiff, Colorado Hospitality Services, Inc., d/b/a Days Inn Englewood.

    It is FURTHER ORDERED that Defendant, Owners Insurance Company, an Ohio company, shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

It is FURTHER ORDERED that plaintiff's Complaint and this civil action are

DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this 26th day of October , 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/Sabrina Grimm
Sabrina Grimm, Deputy Clerk