Case 1:14-cv-01857-KMT   Document 84   Filed 11/09/15   USDC Colorado   Page 1 of 2

\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. 12/01/2013)

# BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

COLORADO HOSPITALITY SERVICES, INC. d/b/a DAYS INN ENGLEWOOD
v.
OWNERS INSURANCE COMPANY, an Ohio company

DOCKET NO. **2014-CV-01857-KMT**
MAGISTRATE CASE NO.

Judgment having been entered in the above entitled action on **10/26/2015** against **Plaintiff Colorado Hospitality Svcs d/b/a Days Inn**, the Clerk is requested to tax the following as costs:

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 28 2016
JEFFREY P. COLWELL
CLERK

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk *(No Objection)* | $ 400.00 ✓ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 2,798.34 ✓ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) *(No Objection)* | $ 352.39 ✓ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions *No Objection* | $ 1,272.20 ✓ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |
| Two invoices of $3,200 each for Visual Advantage for digital presentation of trial exhibits | |

Please review and comply with D.C.COLO.LCivR .54.1
(See Notice section on reverse side)

TOTAL $ 4,822.93

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney /s/ Mark Honhart
Print Name: **Mark E. Honhart, Esq.**
Phone Number: **303-333-1957**
For: **Owners Insurance Company**
Date: **11/09/15**
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time

Costs are hereby taxed in the following amount and included in the judgment: Amount Taxed $ 4,822.93

(BY) DEPUTY CLERK

CLERK OF COURT
JEFFREY P. COLWELL
DATE: 4/27/16

USDC Colo. Version - (Further Rev. 12/01/2013)

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
| Timothy Phelan, Denver, CO | 2 | 80.00 | | | 67 | 38.53 | $118.53 |
| William Badini, Highlands Ranch, CO | 1 | 40.00 | | | 51 | 29.33 | $69.33 |
| Peter Marxhausen, Morrison, CO | 1 | 40.00 | | | 47 | 27.03 | $67.03 |
| Garth Allen, Loveland, CO | 1 | 40.00 | | | 100 | 57.50 | $97.50 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $352.39 |

*[Handwritten annotation: "Standard + reasonable witness fees throughout awarded. 28 USC §1821"]*

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924, Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of title 28 which reads in part as follows:
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54(d)(1)
  "Unless a federal statute, these rules, or a court order provides otherwise, costs -- other than attorney's fees -- should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs**
  "Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court (HERE) within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.



**Copying, Scanning & Reprographics**

www.keyop.com

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| DLZ | 10/9/2015 | 74576 |

**BILL TO**

Gregory Giometti & Associates
50 S. Steele Street #480
Denver, CO 80209
303-333-1957

**SHIP TO**

Gregory Giometti & Associates
50 S. Steele Street #480
Denver, CO 80209
303-333-1957

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| Days Inn | Net 30 | Oct15-094 | Sandy |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| B/W Digital Printing | 4,287 | 0.12 | 514.44 |
| Color Digital Printing | 1,791 | 0.59 | 1,056.69  791.52 |
| 4" 3 Ring Binder | 12 | 23.74 | 284.88 |
| index tabs | 105 | 0.30 | 31.50 |
| Sales Tax | | 7.65% | 144.39 |

*[Handwritten note:]* The clerk awards 3/4 of the charges for color copies, partially sustaining Plaintiff's objections, to account for 3 out of 4 Trial Exhibit Notebooks; 3 ~~[scribbled]~~ Notebooks are required by the Court, per her Practice Standards

Sandy thank you for choosing keyOp!

SIGN HERE

Federal Tax ID Number: REDACTED

STE. 202
DENVER, CO  80224
303-756-5488

**Total** $2,031.90  *less 264.17 = 1,767.73*

*[Handwritten:]* trial exhibits for Court, witness & attorneys



**Copying, Scanning & Reprographics**
www.keyop.com

# INVOICE

| INVOICED BY | DATE | INVOICE # |
|---|---|---|
| AAZJR | 10/15/2015 | 74608 |

**BILL TO**
Gregory Giometti & Associates
50 S. Steele Street #480
Denver, CO 80209
303-333-1957

**SHIP TO**
Gregory Giometti & Associates
50 S. Steele Street #480
Denver, CO 80209
303-333-1957

| CLIENT REF # | TERMS | JOB NUMBER | CLIENT NAME |
|---|---|---|---|
| Days Inn | Net 30 | Oct15-117 | Sandy |

| DESCRIPTION | PAGES HANDLED | PRICE | AMOUNT |
|---|---|---|---|
| B/W Digital Printing | 459 | 0.12 | 55.08   ~~305.32~~ |
| Color Digital Printing | 590 | 0.69 | ~~407.10~~ |
| Sales Tax | | 7.65% | 35.36 |

*(Color copy charge reduced by 25%).*

Sandy thank you for choosing keyOp!

SIGN HERE

Total   **$395.76**  ~~$497.54~~

*another copy of trial exhibits*

Federal Tax ID Number: REDACTED
STE. 202
DENVER, CO  80224
303-756-5488

# INVOICE



**Agren • Blando Court Reporting & Video, Inc.**
Statewide • National • International
303-296-0017 • 1-800-739-4846
agrenblando.com • billing@agren.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 79562 | 4/8/2015 | 55461 |
| Job Date | Case No. | |
| 4/7/2015 | 2014-CV-01857-KMT | |

| Case Name |
|---|
| COLORADO HOSPITALITY SERVICES D/B/A DAYS INN ENGLEWOOD VS. OWNERS INSURANCE |

| Payment Terms |
|---|
| Net 30 |

Michael Weiland
Auto-Owners Insurance
PO Box 6490
Broomfield, CO  80021-0009

BRUCE RAHMANI
  08 - Appearance Fee - No Show/Late Cancel                                                                                       100.00

                                                                    TOTAL DUE >>>        $100.00

Claim No.        : 74-4901-13
Location of Job  : Denver, CO
Ordered By       : Gregory R. Giometti, Esq.
                   GREGORY R GIOMETTI & ASSOCIATES PC
                   50 S. Steele Street, Suite 480
                   Denver, CO 80209

*** PLEASE NOTE OUR SUITE NUMBER HAS CHANGED TO 600***

** Please note forwarding invoices/bills to a firm's client does not release the law firm of financial responsibility.**

* Please include the INVOICE number on all payments*

Access your transcripts, actual printable invoices, and more on our secure online repository by emailing MyTeam@Agren.com for your user name, password and link to your exclusive web page.

**Tax ID:** REDACTED

Phone: 303-262-1015    Fax:N/A

*Please detach bottom portion and return with payment.*

Michael Weiland
Auto-Owners Insurance
PO Box 6490
Broomfield, CO  80021-0009

| | | | |
|---|---|---|---|
| Job No. | : 55461 | BU ID | : AB Main |
| Case No. | : 2014-CV-01857-KMT | | |
| Case Name | : COLORADO HOSPITALITY SERVICES D/B/A DAYS INN ENGLEWOOD VS. OWNERS INSURANCE | | |
| Invoice No. | : 79562 | Invoice Date | : 4/8/2015 |
| **Total Due** | **: $100.00** | | |

Remit To:    Agren Blando Court Reporting & Video, Inc.
             216 16th Street, Suite 600
             Denver, CO  80202

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# Metro Intelligence Agency, Inc

Metro Intelligence Agency, Inc
26 West Dry Creek Circle - Suite 600
Littleton, CO  80120-8065

(720)443-3382
Info@DenverPrivateInvestigator.com

## Invoice

| Date | Invoice # |
|---|---|
| 03/31/2015 | 3178 |

| Terms | Due Date |
|---|---|
| Net 30 | 04/30/2015 |

**Bill To**

Gregory Giometti & Associates
Attn: Billing
50 South Steele Street
Suite 480
Denver, CO  80209 USA

| Amount Due | Enclosed |
|---|---|
| $100.00 | |

*Please detach top portion and return with your payment*

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/13/2015 | CLIENT: OWNERS INSURANCE COMPANY CASE: 2014-CV-01857-KMT | | | |
| 03/13/2015 | Process Service Denver Metro Area (4 attempts) - Ryan Hardesty | 1 | 55.00 | 55.00 |
| 03/13/2015 | Witness Fee Voucher 3517 | 1 | 45.00 | 45.00 |

CASE: Days Inn
CLAIM # REDACTED   FILE # REDACTED
COPIES TO FOLLOWING ON: 4-8-15
[✓] INSURANCE COMPANY   [ ] DEFENDANT   [ ] PLAINTIFF
OTHER: Please pay directly
GREGORY R. GIOMETTI & ASSOC., PC
APR 2015
BY: _____

**Total: $100.00**

Thank you for your business!
www.PrivateInvestigatorColorado.com
www.DenverPrivateInvestigator.com
www.MetroIntelligenceAgency.com

*No objection*

Metro Intelligence Agency, Inc        Office: (720) 443-3382        Fax: (720) 210-9855

# INVOICE

**Agren • Blando Court Reporting & Video, Inc.**
Statewide • National • International
303-296-0017 • 1-800-739-4846
agrenblando.com • billing@agren.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 79973 | 4/20/2015 | 54984 |
| Job Date | Case No. | |
| 4/10/2015 | 2014-CV-01857-KMT | |

**Case Name**

COLORADO HOSPITALITY SERVICES D/B/A DAYS INN ENGLEWOOD VS. OWNERS INSURANCE (CE)

**Payment Terms**

Net 30

Michael Weiland
Auto-Owners Insurance
PO Box 6490
Broomfield, CO 80021-0009

Technical Original & 1 Certified Condensed Single Sided Copy
  RYAN HARDESTY                                          81.00  Pages                295.65
      03 - Appearance Fee - Standard                      3.50  Hours                  70.00
      Litigation Support Package                                                        0.00
      Exhibit Copy & Tabbing                                                            0.45
      Exhibit Color Copy                                                                0.80
      Courier Zone 2                                                                   15.00

                                                        TOTAL DUE  >>>              $381.90

Ordered By      :  Mark E. Honhart, Esq.
                   GREGORY R GIOMETTI & ASSOCIATES PC
                   50 S. Steele Street, Suite 480
                   Denver, CO 80209

*** PLEASE NOTE OUR SUITE NUMBER HAS CHANGED TO 600***

** Please note forwarding invoices/bills to a firm's client does not release the law firm of financial responsibility.**

* Please include the INVOICE number on all payments*

Access your transcripts, actual printable invoices, and more on our secure online repository by emailing MyTeam@Agren.com for your user name, password and link to your exclusive web page.

**Tax ID:** REDACTED                                            Phone: 303-262-1015   Fax:N/A

*Please detach bottom portion and return with payment.*

Michael Weiland
Auto-Owners Insurance
PO Box 6490
Broomfield, CO 80021-0009

| | | |
|---|---|---|
| Job No. : 54984 | BU ID | : AB Main |
| Case No. : 2014-CV-01857-KMT | | |
| Case Name : COLORADO HOSPITALITY SERVICES D/B/A DAYS INN ENGLEWOOD VS. OWNERS INSURANCE (CE) | | |
| Invoice No. : 79973 | Invoice Date | : 4/20/2015 |
| Total Due : $381.90 | | |

Remit To:  Agren Blando Court Reporting & Video, Inc.
           216 16th Street, Suite 600
           Denver, CO 80202

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**Agren • Blando Court Reporting & Video, Inc.**
Statewide • National • International
303-296-0017 • 1-800-739-4846
agrenblando.com • billing@agren.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 80814 | 5/7/2015 | 55604 |
| **Job Date** | **Case No.** | |
| 4/28/2015 | 2014-CV-01857-KMT | |

| Case Name |
|---|
| COLORADO HOSPITALITY SERVICES D/B/A DAYS INN ENGLEWOOD VS. OWNERS INSURANCE (CE) |

| Payment Terms |
|---|
| Net 30 |

Michael Weiland
Auto-Owners Insurance
PO Box 6490
Broomfield, CO  80021-0009

Technical Original & 1 Certified Condensed Single Sided Copy
   MICHAEL LINDHURST
      03 - Appearance Fee - Standard
      Litigation Support Package
      Exhibit Copy & Tabbing
      Exhibit Color Copy
      Courier Zone 2

| | | | |
|---|---|---|---|
| 91.00 | Pages | | 332.15 |
| 2.50 | Hours | | 50.00 |
| | | | 0.00 |
| 29.00 | Pages | | 13.05 |
| 58.00 | Pages | | 46.40 |
| | | | 15.00 |

Original & 1 Certified Condensed Single Sided Copy
   BRUCE RAHMANI
      03 - Appearance Fee - Standard
      Litigation Support Package
      Exhibit Copy & Tabbing
      Courier Zone 2

| | | | |
|---|---|---|---|
| 59.00 | Pages | | 182.90 |
| 2.00 | Hours | | 40.00 |
| | | | 0.00 |
| 24.00 | Pages | | 10.80 |
| | | | 0.00 |

**TOTAL DUE >>>**  $690.30

Ordered By  :  Mark E. Honhart, Esq.
              GREGORY R GIOMETTI & ASSOCIATES PC
              50 S. Steele Street, Suite 480
              Denver, CO 80209

*** PLEASE NOTE OUR SUITE NUMBER HAS CHANGED TO 600***

Tax ID REDACTED                                               Phone: 303-262-1015   Fax:N/A

*Please detach bottom portion and return with payment.*

Michael Weiland
Auto-Owners Insurance
PO Box 6490
Broomfield, CO  80021-0009

| | | | | |
|---|---|---|---|---|
| Job No. | : 55604 | | BU ID | : AB Main |
| Case No. | : 2014-CV-01857-KMT | | | |
| Case Name | : COLORADO HOSPITALITY SERVICES D/B/A DAYS INN ENGLEWOOD VS. OWNERS INSURANCE (CE) | | | |
| Invoice No. | : 80814 | | Invoice Date | : 5/7/2015 |
| **Total Due** | : **$690.30** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  Agren Blando Court Reporting & Video, Inc.
            216 16th Street, Suite 600
            **Denver, CO  80202**

# INVOICE

**Agren • Blando Court Reporting & Video, Inc.**
Statewide • National • International
303-296-0017 • 1-800-739-4846
agrenblando.com • billing@agren.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 80814 | 5/7/2015 | 55604 |
| **Job Date** | **Case No.** | |
| 4/28/2015 | 2014-CV-01857-KMT | |
| **Case Name** | | |
| COLORADO HOSPITALITY SERVICES D/B/A DAYS INN ENGLEWOOD VS. OWNERS INSURANCE (CE) | | |
| **Payment Terms** | | |
| Net 30 | | |

Michael Weiland
Auto-Owners Insurance
PO Box 6490
Broomfield, CO  80021-0009

\*\* Please note forwarding invoices/bills to a firm's client does not release the law firm of financial responsibility.\*\*

\* Please include the INVOICE number on all payments\*

Access your transcripts, actual printable invoices, and more on our secure online repository by emailing MyTeam@Agren.com for your user name, password and link to your exclusive web page.

**Tax ID:** REDACTED                                                                 Phone: 303-262-1015    Fax:N/A

*Please detach bottom portion and return with payment.*

Michael Weiland
Auto-Owners Insurance
PO Box 6490
Broomfield, CO  80021-0009

| | | | | |
|---|---|---|---|---|
| Job No. | : 55604 | | BU ID | : AB Main |
| Case No. | : 2014-CV-01857-KMT | | | |
| Case Name | : COLORADO HOSPITALITY SERVICES D/B/A DAYS INN ENGLEWOOD VS. OWNERS INSURANCE (CE) | | | |
| Invoice No. | : 80814 | | Invoice Date | : 5/7/2015 |
| **Total Due** | **: $690.30** | | | |

Remit To:   Agren Blando Court Reporting & Video, Inc.
            216 16th Street, Suite 600
            Denver, CO  80202

**PAYMENT WITH CREDIT CARD**                    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# VISUAL**ADVANTAGE**

1444 Wazee Street, Suite 200 | 303.893.6418
Denver, Colorado 80202 | visual-advantage.com

## Invoice 14657.1

August 31, 2015

Gregory R. Giometti
Gregory R. Giometti & Associates
50 South Steele Street
Suite 480
Denver, CO 80209
303.952.0728

RE:  Trial in U.S. District Court, October 19, 2015 – 5 days
     *Days Inn v. Owners Insurance Company*

Dear Greg,

Please find the 1st payment invoice below for the *Days Inn v. Owners Insurance Company* trial.

**Invoice**                                                    **Tax ID#:** REDACTED

| | |
|---|---|
| 1st Payment: ~~$ 3,200.00~~ <br><br> Due: Upon approval, before work will begin | • 50% of your share of estimated in-trial presentation costs <br> • non-refundable and non-transferable should the trial settle, be continued or conclude early <br> • will be applied to in-trial presentation costs **only** |

Thank you,

Terri Boroviak
Director of Operations + Finance
Visual Advantage
303.893.6418
tboroviak@visual-advantage.com

COLORADO · WISCONSIN · CALIFORNIA

*Handwritten note:* The Clerk declines awarding digital presentation charges — while such presentation is an effective trial strategy, it is not awardable under 28 USC §1920. Additionally, the Arraj and Rogers Courthouses are equipped with modern, technologically advanced Evidence Presentation Systems.

# VISUAL**ADVANTAGE**

1444 Wazee Street, Suite 200  
Denver, Colorado 80202  
303.893.6418  
visual-advantage.com

## Invoice 14657.2

August 31, 2015

Gregory R. Giometti  
Gregory R. Giometti & Associates  
50 South Steele Street  
Suite 480  
Denver, CO 80209  
303.952.0728

RE: Trial in U.S. District Court, October 19, 2015 – 5 days  
    *Days Inn v. Owners Insurance Company*

Dear Greg,

Please find the 2nd payment invoice below for the *Days Inn v. Owners Insurance Company* trial.

**Invoice**                                                        **Tax ID#:** REDACTED

| | |
|---|---|
| **2nd Payment:** ~~$ 3,200.00~~<br><br>Due: Wednesday, October 14, 2015 | • 50% of your share of estimated in-trial presentation costs<br>• refundable or transferable should the trial settle, be continued or conclude early<br>• will be applied to all services provided |

Thank you,

Terri Boroviak  
Director of ~~Operations~~ + Finance  
Visual Advantage  
303.893.6418  
tboroviak@visual-advantage.com

COLORADO · WISCONSIN · CALIFORNIA

